**In re TRIPLE R HOLDINGS, L.P., Debtor.**

**FIRST REPUBLIC THRIFT & LOAN OF SAN DIEGO, Appellant,**

**v.**

**TRIPLE R HOLDINGS, L.P.**

**No. C–92–1473–VRW.**

United States District Court, N.D. California.

Sept. 15, 1992.

Seymour J. Abrahams, San Jose, Cal., for appellee.

Berg, Ziegler, Lichtman & Anderson, San Francisco, Cal., for appellant.

Law Offices of Moss & Murphy, Hayward, Cal., for amicus curiae Taplin, Thomas & Associates Inc., A. Tracy Taplin, and Laura Tow.

### ORDER

WALKER, District Judge.

For the reasons set forth in *In re Outlook/Century Ltd.*, 127 B.R. 650 (Bkrtcy. N.D.Cal.1991), the order below, *In re Triple R Holdings, L.P.*, 134 B.R. 382 (Bkrtcy. N.D.Cal.1991), is reversed and the matter

remanded to the bankruptcy court for proceedings consistent herewith.